IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BYRON BREEZE, JR., | : |
| Plaintiff, | : Civil Action No. 1:19-cv-00191-NLH-AMD |
| v. | : |
| LVC TIMESHARE MANAGEMENT, LLC, | : |
| Defendant. | : |

## NOTICE OF CONSENT DECREE

**COMES NOW** Defendant LVC Timeshare Management, LLC, by and through their undersigned counsel, hereby advise this Honorable Court that Plaintiff Byron Breeze, Jr. and Defendant LVC Timeshare Management, LLC have executed a Consent Decree for the Court's review and approval.

Respectfully submitted this 6th day of March 2019,

**KAUFMAN DOLOWICH & VOLUCK LLP**

BY: /s/Marc B. Cytryn
Marc B. Cytryn, Esquire
1777 Sentry Park West
VEVA 17, Suite 100
Blue Bell, PA 19422
(215) 461-1100 (phone)
(215) 461-1300 (fax)
mcytryn@kdvlaw.com

*Attorney for Defendant,*
*LVC Timeshare Management, LLC*